DEC-13-2005(TUE) 17:14    ONE LEGAL OAKLAND FILING         (FAX)510 835 9044         P. 002
12/13/05  16:08 FAX 415 954 4480         FB&M 19TH FLR.                              ☒002

DEC-09-2005  09:20                                                                    P.02

1  William P. Keane (State Bar No. 124756)
   Gabriela M. Ruiz (State Bar No. 227110)
2  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 30th Floor
3  San Francisco, CA 94104
   Telephone: (415) 954-4400
4  Facsimile: (415) 954-4480

5  Attorneys for Defendant
   RUBEN R. CANNON
6

FILED
DEC 15 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

7

8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION
11

12  UNITED STATES OF AMERICA,           Case No. CR-05-00011 MJJ
13              Plaintiff,
14       vs.                            STIPULATION AND [PROPOSED] ORDER
                                        TO RESCHEDULE THE DATE FOR
15  RUBEN R. CANNON et al.,             SENTENCING
16              Defendant.
                                        BY FAX
17

18       The moving party, by and through his undersigned counsel, certifies as follows:

19       1.  The moving party has conferred with Probation Officer Charles Mabie and
20  Assistant United States Attorney Doug Sprague and confirmed that they are available on the
21  changed date as indicated below.

22       2.  The moving party has also conferred with the Courtroom Deputy Clerk and has
23  confirmed that the changed date is available on Judge Jenkins' calendar.

24       The parties, by and through their undersigned counsel, stipulate and agree as follows:
25

26       1.  The Court has scheduled a hearing in the above-captioned matter for January 19,
27  2005.
28

DEC-13-2005(TUE) 17:14   ONE LEGAL OAKLAND FILING        (FAX)510 835 9044        P.003
12/13/05  10:38 FAX 415 954 4480      FB&M 19TH FLR.                              ☒003

DEC-09-2005  09:20                                                                P.03

2.  The parties, for good cause already known to the court, hereby request that the hearing be continued until March 23, 2005 at 2:00 p.m.

SO STIPULATED AND AGREED.

DATED: December 6th, 2005

FARELLA BRAUN & MARTEL LLP

By: _____
William P. _____

Attorneys for Defendant
RUBEN R. CANNON

DATED: December 7, 2005

ASSISTANT UNITED STATES ATTORNEY

By: _____
Douglas Sprague

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IT IS SO ORDERED.

DATED: December 14, 2005

By: _____
Hon. Martin J. Jenkins
United States District Judge

-2-

TOTAL P.03

10632244.tif - 12/13/2005 4:41:41 PM

Case 4:05-cr-00011-SBA   Document 115   Filed 12/15/05   Page 3 of 3

DEC-13-2005(TUE) 17:15   ONE LEGAL OAKLAND FILING   (FAX)   0 835 9044   P. 004
12/13/05  16:38 FAX 415 954 4480   FB&M 19TH FLR.   ☒004

## PROOF OF SERVICE

I, Chinetha Thomas, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 30th Floor, San Francisco, California 94104. On December 13, 2005, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE DATE FOR SENTENCING**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Douglas Sprague
Assistant United States Attorney
Office of the United States Attorney
Northern District of California
450 Golden Gate Ave, Box 36055
San Francisco, CA 94102
Tel: (415) 436-7183
Fax: (415) 436-7234

Mr. Charles Mabie
United States Probation Officer
1301 Clay Street, Suite 220S
Oakland, CA 94612
Tel: 510 637-3616
Fax: 510 637-3625

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2005, at San Francisco, California.

*/s/ Chinetha M. Thomas*
Chinetha Thomas

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE

19460\834858.1

10532244.tif - 12/13/2005 4:41:41 PM
10325007.tif - 12/13/2005 5:18:41 PM