Roger W. Patton (SBN 51906)
PATTON ♦ WOLAN ♦ CARLISE LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile:  (510) 987-7575

Attorney for Defendant
RUBEN ROBERT CANNON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ruben Robert Cannon,<br><br>Defendant. | Case No.: CR05-00011-01 SBA<br><br>**STIPULATION REGARDING CONTINUANCE OF HEARING**<br><br>**Prior Hearing Date:** December 8, 2009<br>**Time:**  2:00 p.m.<br><br> **New Hearing Date:**<br>February 2, 2010<br>**Time:**   10:00 a.m. |

Plaintiff, United States of America by and through its Counsel of Record the United States Attorney for the Northern District of California and Assistant United States Attorney W. DOUGLAS SPRAGUE and defendant RUBEN ROBERT CANNON, by and through its counsel of record Roger W. Patton hereby stipulate as follows:

That the previously ordered hearing is changed on Tuesday, December 8, 2009 at 2:00 p.m. to Tuesday, February 2, 2010 at 10: 00 a.m.

This stipulation is necessary because a proposed agreement between counsel for the government and the defense and the probation officer needs to be discussed and offered to the court via sentencing memorandum.

1 | Dated: December 7, 2009        /// s /// W. Douglas Sprague
2 |                                 W. DOUGLAS SPRAGUE
                                    Assistant United States Attorney
3 |                                 Attorney for Plaintiff, United States of America
4 |
5 | Dated: December 7, 2009        ///s/// Roger. W. Patton
                                    ROGER W. PATTON
6 |                                 Attorney for Defendant,
                                    Ruben Robert Cannon
7 |
8 |
9 | IT IS SO ORDERED.
10 |
11 | Dated:     _12/8/09            [signature: Saundra B. Armstrong]
                                    SAUNDRA BROWN ARMSTRONG
12 |                                United States District Judge